■ IGNACIO "PEDRO" MARTINEZ, Respondent, v. SAMUEL NEWFIELD, as Trustee in Bankruptcy of the Estate of Manhattan Booking Agency, Inc., Bankrupt, Appellant.— Order insofar as appealed from unanimously affirmed, with $10 costs and disbursements. (Appeal from part of an order of Monroe Special Term denying defendant's motion to change the place of trial from Monroe County to New York County.) Present — Bastow, J. P., Halpern, McClusky and Henry, JJ.

■ In the Matter of the Arbitration between SAMUEL WEINSTEIN, Respondent, and JACOB S. ISAACS, Appellant.— Order unanimously affirmed, with $10 costs and disbursements. (Appeal from order of Onondaga Special Term granting petitioner's motion for a permanent stay of arbitration proceedings.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ JOHN W. THOMPSON, Plaintiff, v. OTIS ELEVATOR COMPANY, Appellant, and VALLEY CADILLAC-PONTIAC CORP. et al., Respondents.— Order unanimously affirmed, with $10 costs and disbursements. (Appeal from order of Monroe Special Term dismissing the cross claim of Otis Elevator Co. against Valley Cadillac-Pontiac Corp.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry JJ.